1
2
3                                                              JS-6
4
5
6
7
8                    **UNITED STATES DISTRICT COURT**
9                    **CENTRAL DISTRICT OF CALIFORNIA**
10
11   DAVID CARLETON,              )        Case No.:  CV 06-1655 DSF (SSx)
12              Plaintiff,        )
                                  )
13        vs.                     )
                                  )        JUDGMENT
14   COUNTY OF LOS ANGELES, et al., )
                                  )
15              Defendant.        )
                                  )
16   _____ )
17
18        On May 16, 2008, the Court ordered that summary judgment be entered in
19   favor of defendant County of Los Angeles.  Claims against defendant Janice Fukai
     were previously dismissed.  The argument and evidence having been presented
20   and fully considered, the issues having been heard, and a decision having been
21   rendered,
22        IT IS ORDERED AND ADJUDGED that the plaintiff take nothing, that the
23   action be dismissed on the merits, and that defendants recover their costs of suit
24   pursuant to a bill of costs filed in accordance with 28 U.S.C. § 1920.
25
26        IT IS SO ORDERED.
27
28   Dated: 6-10-08
                                         _____
                                                   Dale S. Fischer
                                             United States District Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28